IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**RONNIE BROWN** **PLAINTIFF**

VS.            **CASE NO. 3:11CV00041 HDY**

**MICHAEL J. ASTRUE, Commissioner,**
    **Social Security Administration**            **DEFENDANT**

**JUDGMENT**

It is CONSIDERED, ORDERED, and ADJUDGED that this case be and it hereby is dismissed with prejudice. The relief sought is denied.

DATED this  26   day of January, 2012.

_____
UNITED STATES MAGISTRATE JUDGE